**Order filed September 20, 2012**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00714-CV

————————

## IN THE INTEREST OF D.L.M., D.R.M., D.A.M., AND A.D.M., Children

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2009-45218**

## ORDER

The notice of appeal in this case was filed July 31, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **October 5, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM